UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LEOBARDO RIVAS-GONZALEZ,

Petitioner,

v.

M. WOFFORD, et al.,

Respondents.

No.  1:26-cv-02560-DAD-EFB

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT

(Doc. Nos. 1, 2)

On April 4, 2026, petitioner Jose Leobardo Rivas-Gonzalez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  Petitioner alleges that he has been detained since February 3, 2026 and on March 24, 2026, the immigration court denied bond, stating that it lacked jurisdiction.  (*Id.* at 2.)  Petitioner requests immediate release and attorney's fees.  (*Id.* at 6.)  On the same day, petitioner filed a motion for temporary restraining order.  (Doc. No. 2.)

On April 7, 2026, respondents filed a return to the petition and an opposition to the pending motion for temporary restraining order.  (Doc. No. 9.)  Therein, respondents state that petitioner was encountered through a referral from the Stanislaus County Probation Department,

1

on June 5, 2015 petitioner turned himself into ICE ERO, he was then released on an order of recognizance with the Intensive Supervision Appearance Program, he was convicted of a crime as recently as 2022, he violated the terms of his supervision, and on February 4, 2026, petitioner was taken into custody at the ICE/ERO office. (*Id.* at 2–3.) Further, respondents state that they do not oppose the court resolving the merits of the underlying habeas petition based upon the briefing currently before the court. (*Id.* at 2.) On April 21, 2026, petitioner filed a traverse and reply in support of the motion for temporary restraining order. (Doc. No. 10.)

Pursuant to the court's reasoning as stated in *Singh v. Warden, Facility Administrator of California City Corrections Center, et al.*, No. 1:26-cv-02331-DAD-CKD, 2026 WL 905286 (E.D. Cal. Apr. 2, 2026) and *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025) and adopted herein, the court will grant the pending petition for writ of habeas corpus.

For the reasons explained above,

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED in part;

    a. Respondent is ORDERED to immediately release petitioner Jose Leobardo Rivas-Gonzalez, A-File No. 205-971-090, from respondent's custody on the same conditions he was subject to immediately prior to his February 4, 2026 re-detention;

    b. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

    c. Petitioner's request for attorney's fees is DENIED without prejudice to bringing a properly noticed and supported motion;

2. Petitioner's motion for a temporary restraining order (Doc. No. 2) is hereby DENIED as having been rendered moot in light of this order granting the requested habeas relief;

3.   The Clerk of the Court is directed to serve a copy of this order on the Mesa Verda Detention Center; and

4.   The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3